UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL PICHARDO,

                Plaintiff,

   -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

21 Civ. 6873 (PAE)

ORDER GRANTING
IFP APPLICATION

---

PAUL A. ENGELMAYER, District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

    SO ORDERED.

*[Signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 18, 2021
       New York, New York