

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 19, 2022

**BY CM/ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. SO ORDERED.
Dated: 10/19/2022

*/s/ Stewart D. Aaron*

      Re:    *Pichardo v. Commissioner of Social Security*
              21 Civ. 06873 (SDA)

Dear Judge Aaron:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced action. We write respectfully, having received the consent of plaintiff's counsel, to request an adjournment of the Court's briefing schedule.

      Pursuant to the Court's October 6, 2022 order (ECF No. 28), the defendant's cross-motion for judgment on the pleadings and opposition to plaintiff's motion for judgment on the pleadings is due on October 21, 2022, and plaintiff's opposition and reply, if any, is due on November 11, 2022. We write to respectfully request, however, that the briefing schedule in this case be adjourned as follows:

| Action | Date |
|---|---|
| Government's opposition to plaintiff's motion for judgment on the pleadings and cross-motion for judgment on the pleadings | October 31, 2022 |
| Plaintiff's opposition to Government's cross-motion and reply in support of his motion | November 21, 2022 |

      This 10-day adjournment of the briefing schedule will allow the undersigned the time necessary to complete review of the record and briefing of the case, in view of the undersigned's workload constraints and the complexity of the 1,781-page administrative record.

      This is the Commissioner's third request for an adjournment of the briefing schedule in

this case. The Commissioner previously granted the Commissioners prior requests on September 8, 2022 and October 6, 2022. the Court granted this request on September 9th, 2022. Plaintiff has previously requested extensions of time to file his brief, with the Commissioner's consent; the Court granted these requests on February 16, 2022, April 21, 2022, and June 22, 2022, respectively. We appreciate the Court's consideration of this request.

          Respectfully,

          DAMIAN WILLIAMS
          United States Attorney

By:  /s/ *Victoria S. Treanor*
     Victoria S. Treanor
     Special Assistant United States Attorney
     Western District of New York
     Office of Program Litigation, Office 2
     Office of the General Counsel
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     212-264-2524
     Victoria.Treanor@ssa.gov

Cc (by ECF): Daniel Berger, Esq.