UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Manuel Pichardo,

                Plaintiff,                21 **CIVIL** 6873 (SDA)

    -v-                              **<u>JUDGMENT</u>**

Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 22, 2023, Plaintiff's motion is DENIED and the Commissioner's cross-motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         March 22, 2023

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                 **BY:**     *K. Mango*

                                                    **Deputy Clerk**